UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D<small>AVARIOL</small> T<small>AYLOR</small> #940436,

  Plaintiff,          Hon. Phillip J. Green

v.                 Case No. 1:21-cv-779

B<small>UFFY</small> T<small>OROK</small>, et al.,

  Defendants.
_____/

## **JUDGMENT**

Consistent with the Opinion filed this day, Defendant's Motion for Summary Judgment (ECF No. 47) is granted and Plaintiff's failure to protect claim against Defendant Torok is dismissed without prejudice for failure to exhaust administrative remedies and this matter terminated. Furthermore, the Court finds that an appeal of this matter by Plaintiff would not be in good faith.

Date: April 25, 2023         /s/ Phillip J. Green
                  PHILLIP J. GREEN
                  United States Magistrate Judge

-1-